# United States Court of Appeals
## For the Eighth Circuit
_____

No. 19-2839
_____

John C. Calon

*Plaintiff - Appellant*

v.

Bank of America Corporation

*Defendant*

Bank of America Corporation N.A.

*Defendant - Appellee*

Mr. Bank of America Corporation; Brian Moynihan

*Defendants*
_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City
_____

Submitted: March 9, 2020
Filed: March 13, 2020
[Unpublished]
_____

Before ERICKSON, GRASZ, and KOBES, Circuit Judges.
_____

PER CURIAM.

John Calon appeals from the district court's[1] dismissal with prejudice of his complaint asserting claims relating to a home equity loan, based on his failure to comply with pretrial scheduling orders. See Fed. R. Civ. P. 41(b). After remand, see Calon v. Bank of Am., N.A., 915 F.3d 528 (8th Cir. 2019), the case was set for trial, and Calon failed to submit any of the required pretrial or trial filings after the district court repeatedly informed him of the deadlines, granted him multiple extensions, and warned him that his case would be dismissed if he failed to comply with the court's orders. Upon careful review of the parties' arguments on appeal, the circumstances of this case, and the district court's consideration of lesser sanctions, we conclude the district court did not abuse its discretion. See Rodgers v. Curators of Univ. of Missouri, 135 F.3d 1216, 1219-20 (8th Cir. 1998) (standard of review); see also Hunt v. City of Minneapolis, Minn., 203 F.3d 524, 526-28 (8th Cir. 2000).

Accordingly, the judgment of the district court is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable Greg Kays, United States District Judge for the Western District of Missouri.